**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Brittney Concepcion,<br><br>     Petitioner,<br><br>v.<br><br>State of Nevada, et al.,<br><br>     Respondents. | Case No.: 2:24-cv-01624-APG-MDC<br><br>**Order Dismissing Improperly Commenced Habeas Proceeding** |

      Petitioner, a Nevada prisoner, submitted a petition for writ of habeas corpus under 28 U.S.C. § 2241. ECF No. 1-1.  Petitioner has not filed an application to proceed *in forma pauperis* or paid the filing fee. *See* 28 U.S.C. § 1915(a)(2) and Local Rules LSR 1-1, 1-2.  Because this matter has not been properly commenced, it is dismissed.  The dismissal is without prejudice to bringing a **new** action under 28 U.S.C. § 2254 with either the $5.00 filing fee or a completed application to proceed *in forma pauperis* on the proper form with both an inmate account statement for the past six months and a properly executed financial certificate.

      In addition, it appears that petitioner wishes to challenge her state court judgment of conviction.  The proper vehicle for such a challenge is a petition for writ of habeas corpus under § 2254, not § 2241.

      I THEREFORE ORDER that this action is dismissed without prejudice.  The Clerk is directed to close this case.

I FURTHER ORDER that a certificate of appealability is denied as jurists of reason would not find my dismissal of this improperly commenced action without prejudice to be debatable or incorrect.

I FURTHER ORDER that the Clerk shall send petitioner two copies each of an application form to proceed *in forma pauperis* for incarcerated persons and a noncapital Section 2254 habeas petition form, one copy of the instructions for each form, and a copy of the papers that he submitted in this action.

Dated: September 4, 2024

_____
U.S. District Judge Andrew P. Gordon